1  Dayton B. Parcells III, State Bar No. 127495
   PARCELLS & ASSOCIATES
2  1901 Avenue of the Stars, 11th Floor
   Los Angeles, California 90067
3  Telephone:  (310) 201-9882
   Facsimile:   (310) 201-9855
4  dbparcells@parcellslaw.com

5  Attorneys for Plaintiff,
   OS1, A CALIFORNIA LIMITED LIABILITY
6  COMPANY, DOING BUSINESS AS OUTSOURCE ONE

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OS1, A CALIFORNIA LIMITED LIABILITY COMPANY, DOING BUSINESS AS OUTSOURCE ONE,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY WEISENBERGER, INDIVIDUALLY AND DOING BUSINESS AS CAROLINA NETWORKING SOLUTIONS; TIMOTHY SULLIVAN, INDIVIDUALLY AND DOING BUSINESS AS CAROLINA NETWORKING SOLUTIONS; CAROLINA NETWORKING SOLUTIONS, A BUSINESS ENTITY WHOSE FORM IS UNKNOWN; AND CAROLINA NETWORKING SOLUTIONS, INC., A NORTH CAROLINA CORPORATION,<br><br>Defendants.<br>_____ | Case No.: CV-01-10449 ER (AJWx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

-1-

1   The default judgment entered on June 10, 2002 against Defendants Timothy
2   Weisenberger, individually and doing business as Carolina Networking Solutions,
3   Timothy Sullivan, individually and doing business as Carolina Networking Solutions,
4   Carolina Networking Solutions, and Carolina Networking Solutions, Inc., jointly and
5   severally, is hereby renewed on the amounts set forth below:

**Renewal of money judgment**

|   |    |                                |              |
|---|----|--------------------------------|--------------|
|   | a. | Total judgment                 | $323,126.24  |
|   | b. | Costs after judgment           | $0.00        |
|   | c. | Attorney fees                  | $0.00        |
|   | d. | Subtotal (add a thru c)        | $323,126.24  |
|   | e. | Credits after judgment         | $0.00        |
|   | f. | Subtotal (subtract e from d)   | $323,126.24  |
|   | g. | Interest after judgment        | $74,965.29   |
|   | h. | Fee for filing renewal.        | $0.00        |
|   | i. | **Total renewed judgment**     | **$398,091.53** |

DATED: 06/8/12                Clerk, by   Lori Muraoka, Deputy Clerk
                                          U.S. District Court

-2-