1  Dayton B. Parcells III, State Bar No. 127495
   PARCELLS & ASSOCIATES
2  1901 Avenue of the Stars, 11th Floor
   Los Angeles, California 90067
3  Telephone:  (310) 201-9882
   Facsimile:  (310) 201-9855
4  dbparcells@parcellslaw.com

5  Attorneys for Plaintiff,
   OS1, A CALIFORNIA LIMITED LIABILITY
6  COMPANY, DOING BUSINESS AS OUTSOURCE ONE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OS1, A CALIFORNIA LIMITED LIABILITY COMPANY, DOING BUSINESS AS OUTSOURCE ONE,<br><br>          Plaintiff,<br><br>     vs.<br><br>TIMOTHY WEISENBERGER, INDIVIDUALLY AND DOING BUSINESS AS CAROLINA NETWORKING SOLUTIONS; TIMOTHY SULLIVAN, INDIVIDUALLY AND DOING BUSINESS AS CAROLINA NETWORKING SOLUTIONS; CAROLINA NETWORKING SOLUTIONS, A BUSINESS ENTITY WHOSE FORM IS UNKNOWN; AND CAROLINA NETWORKING SOLUTIONS, INC., A NORTH CAROLINA CORPORATION,<br><br>          Defendants.<br>_____ | Case No.: CV-01-10449 ER (AJWx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

   Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

-1-

The default judgment entered on June 10, 2002 against Defendants Timothy Weisenberger, individually and doing business as Carolina Networking Solutions, Timothy Sullivan, individually and doing business as Carolina Networking Solutions, Carolina Networking Solutions, and Carolina Networking Solutions, Inc., jointly and severally, is hereby renewed on the amounts set forth below:

**Renewal of money judgment**

| | | | |
|---|---|---|---|
| a. | Total judgment | | $323,126.24 |
| b. | Costs after judgment | | $0.00 |
| c. | Attorney fees | | $0.00 |
| d. | Subtotal (add a thru c) | | $323,126.24 |
| e. | Credits after judgment | | $0.00 |
| f. | Subtotal (subtract e from d) | | $323,126.24 |
| g. | Interest after judgment | | $74,965.29 |
| h. | Fee for filing renewal. | | $0.00 |
| i. | **Total renewed judgment** | | **$398,091.53** |

DATED: 06/8/12          Clerk, by Lori Muraoka, Deputy Clerk
                                  U.S. District Court